# EXHIBIT F

**Letter dated April 16, 2020 from DataCloud's Licensing Agent**



Day Building, Suite 230
4725 Peachtree Corners Circle,
Peachtree Corners, GA 30092

Main: (404) 962-8740
Fax: (404) 962-8741
www.ipigrp.com

April 16, 2020

VIA EMAIL / FEDEX

Mr. Scot Rogers
Executive Vice President and General Counsel
F5 Networks, Inc.
801 5th Ave
Seattle, WA 98104

RE: DATACLOUD TECHNOLOGIES, LLC ("DATACLOUD") - PATENT PORTFOLIO LICENSING PROGRAM

Dear Mr. Rogers:

IPinvestments Group has been retained to manage the monetization of an international patent portfolio owned by DataCloud Technologies, LLC (the "Portfolio). The Portfolio covers various aspects of technologies related to the Network Security / User Interface / Security Authentication / Distributed Computing / Document Data / Content Management / Database. A summary of the Portfolio is detailed below:

- 36 issued patent assets (plus an additional 11 recently expired patent assets)
- Over 1,000 patent claims
  - Method Claims – 450+
  - Apparatus / System Claims – 550+
- Over 2,000 forward references (patent to patent via USPTO website)

The Portfolio is included in the attached Exhibit A.

While **IPinvestments** Group is serving as the licensing agent for the DataCloud Portfolio, DataCloud has retained Heninger Garrison Davis to serve as outside litigation / licensing counsel. Accordingly, you may receive communications from Heninger Garrison Davis regarding the DataCloud portfolio, as well. Our purpose in writing to F5 Networks is to acquaint you with the DataCloud Portfolio and to open a dialogue for F5 Networks to obtain a license under the DataCloud Portfolio prior to any potential enforcement action being initiated. F5 Networks may wish to have its patent counsel examine the patents listed in Exhibit A to determine whether a non-exclusive license is needed as to the DataCloud Portfolio. To facilitate licensing discussions, we have attached a mutual NDA for your review and consideration. DataCloud is prepared to


grant F5 Networks coverage under the Portfolio for past and future use to allow you to continue providing and using the technologies. Once the NDA is in place and fully executed, we can provide additional information on potential licensing terms and conditions for the Portfolio.

Over the past few years, we have had the opportunity to represent both small and large companies in their efforts to license their patent portfolios. All too often, it seems, initial licensing efforts are ignored and the burden, time and expense of needless prolonged litigation results. In that spirit, DataCloud believes that early licensing discussions could serve to benefit both parties and would be willing to offer more favorable terms to those that entertain such discussions.

If you would like to participate in discussions regarding a license to the Portfolio or if you have any questions, please contact me at (404) 962-8744 or via email at bhartselle@ipigrp.com. The DataCloud licensing team looks forward to hearing from you and working with you to resolve this matter.

Sincerely,

*William A. Hartselle*

William A. Hartselle

cc: Jim McDonough, Heninger Garrison Davis

Enclosures

DataCloud Technologies - Exhibit A

| Patent Number | Application Number | Title | Country | Application Date | Grant Date |
|---|---|---|---|---|---|
| Active Issued Patents: | | | | | |
| 6691109 | 09/814056 | METHOD AND APPARATUS FOR HIGH-PERFORMANCE SEQUENCE COMPARISON | US | 3/22/2001 | 2/10/2004 |
| 6732333 | 09/760562 | SYSTEM AND METHOD FOR MANAGING STATISTICAL DATA REGARDING CORRECTIONS TO WORD PROCESSING DOCUMENTS | US | 1/16/2001 | 5/4/2004 |
| 6824064 | 09/730670 | CONCURRENT COMMUNICATION WITH MULTIPLE APPLICATIONS ON A SMART CARD | US | 12/6/2000 | 11/30/2004 |
| 6879332 | 09/859343 | User interface for displaying and exploring hierarchical information | US | 5/16/2001 | 4/12/2005 |
| 6879981 | 10/042941 | SHARING LIVE DATA WITH A NON COOPERATIVE DBMS | US | 1/9/2002 | 4/12/2005 |
| 7036093 | 09/875409 | User interface for exploring a graph of information | US | 6/5/2001 | 4/25/2006 |
| 7139780 | 10/335516 | System and method for synchronizing files in multiple nodes | US | 12/30/2002 | 11/21/2006 |
| 7170979 | 09/733848 | SYSTEM FOR EMBEDDING PROGRAMMING LANGUAGE CONTENT IN VOICE XML | US | 12/8/2000 | 1/30/2007 |
| 7197537 | 10/109914 | Remote access and retrieval of electronic files | US | 3/29/2002 | 3/27/2007 |
| 7225462 | 10/179280 | Systems and methods for managing web user information | US | 6/26/2002 | 5/29/2007 |
| 7246351 | 10/081921 | Systems and methods for managing web user information | US | 2/20/2002 | 7/17/2007 |
| 7266616 | 09/925157 | METHOD AND SYSTEM FOR DIGITAL RENDERING OVER A NETWORK | US | 8/8/2001 | 9/4/2007 |
| 7290223 | 10/985644 | Interface for displaying and exploring hierarchical information | US | 11/10/2004 | 10/30/2007 |
| 7333980 | 10/700071 | SEARCHING QUERIES USING DATABASE PARTITIONING | US | 11/3/2003 | 2/19/2008 |
| 7340466 | 10/086026 | Topic identification and use thereof in information retrieval systems | US | 2/26/2002 | 3/4/2008 |
| 7398298 | 11/690803 | Remote access and retrieval of electronic files | US | 3/23/2007 | 7/8/2008 |
| 7469405 | 09/840923 | System and method for scheduling execution of cross-platform computer processes | US | 4/25/2001 | 12/23/2008 |
| 7614036 | 10/610133 | Method and system for dataflow creation and execution | US | 6/30/2003 | 11/3/2009 |
| 7634756 | 10/994871 | METHOD AND APPARATUS FOR DATAFLOW CREATION EXECUTION | US | 11/22/2004 | 12/15/2009 |
| 7689717 | 11/515371 | METHOD AND SYSTEM FOR DIGITAL RENDERING OVER A NETWORK | US | 8/31/2006 | 3/30/2010 |
| 7711672 | 10/329402 | Semantic network methods to disambiguate natural language meaning | US | 12/27/2002 | 5/4/2010 |

DataCloud Technologies - Exhibit A

| Patent Number | Application Number | Title | Country | Application Date | Grant Date |
|---|---|---|---|---|---|
| 7716060 | 09/790897 | PATENT-RELATED TOOLS AND METHODOLOGY FOR USE IN THE MERGER AND ACQUISITION PROCESS | US | 2/23/2001 | 5/11/2010 |
| 7716207 | 11/712557 | Search Engine Methods and Systems for Displaying Relevant Topics | US | 3/1/2007 | 5/11/2010 |
| 7761462 | 11/969878 | SEARCHING QUERIES USING DATABASE PARTITIONING | US | 1/4/2008 | 7/20/2010 |
| 7765521 | 10/303268 | Configuration engine | US | 11/25/2002 | 7/27/2010 |
| 8156499 | 12/331980 | METHODS, SYSTEMS, AND ARTICLES OF MANUFACTURING FOR SCHEDULING EXECUTION OF PROGRAMS ON COMPUTERS HAVING DIFFERENT OPERATING SYSTEMS | US | 12/10/2008 | 4/10/2012 |
| 8396824 | 11/806260 | Automatic data categorization with optimally spaced semantic seed terms | US | 5/30/2007 | 3/12/2013 |
| 8494139 | 11/511211 | SYSTEM FOR EMBEDDING PROGRAMMING LANGUAGE CONTENT IN XML | US | 8/29/2006 | 7/23/2013 |
| 8607139 | 10/834595 | SYSTEM AND PROCESS FOR MANAGING CONTENT ORGANIZED IN A TAG-DELIMITED TEMPLATE USING METADATA | US | 4/29/2004 | 12/10/2013 |
| 8615555 | 12/169074 | Remote access and retrieval of electronic files | US | 7/8/2008 | 12/24/2013 |
| 9092545 | 11/513420 | INTELLECTUAL PROPERTY ASSET MANAGER (IPAM) FOR CONTEXT PROCESSING OF DATA OBJECTS | US | 8/31/2006 | 7/28/2015 |
| RE44723 | 11/818544 | REGULATING FILE ACCESS RATES ACCORDING TO FILE TYPE | US | 6/14/2007 | 1/21/2014 |
| D528556 | 29/212793 | Graphical information interface for a display | US | 9/7/2004 | 9/19/2006 |
| D545323 | 29/212794 | Graphical information interface for a display | US | 9/7/2004 | 6/26/2007 |
| D545324 | 29/212795 | Graphical information interface for a display | US | 9/7/2004 | 6/26/2007 |
| TWI220713 | TW091122978 | System and method for synchronizing documents between multi-nodes | TW | 10/4/2002 | 9/1/2004 |
| Recently Expired Patents: | | | | | |
| 6560613 | 09/500212 | DISAMBIGUATING FILE DESCRIPTORS | US | 2/8/2000 | 5/6/2003 |
| 6651063 | 09/493911 | DATA ORGANIZATION AND MANAGEMENT SYSTEM AND METHOD | US | 1/28/2000 | 11/18/2003 |
| 6732331 | 09/504624 | SYSTEM AND PROCESS FOR MANAGING CONTENT ORGANIZED IN A TAG-DELIMITED TEMPLATE USING METADATA | US | 2/15/2000 | 5/4/2004 |

DataCloud Technologies - Exhibit A

| Patent Number | Application Number | Title | Country | Application Date | Grant Date |
|---|---|---|---|---|---|
| 6918086 | 09/537965 | Method and apparatus for updating database of automatic spelling corrections | US | 3/28/2000 | 7/12/2005 |
| 7209959 | 09/542858 | APPARATUS, SYSTEM AND METHOD FOR COMMUNICATING TO A NETWORK THROUGH VIRTUAL DOMAIN PROVIDING ANONYMITY TO A CLIENT COMMUNICATING ON THE NETWORK | US | 4/4/2000 | 4/24/2007 |
| 8370457 | 11/717911 | Network communication through a virtual domain | US | 3/13/2007 | 2/5/2013 |
| 8762498 | 13/731731 | APPARATUS, SYSTEM AND METHOD FOR COMMUNICATING TO A NETWORK THROUGH VIRTUAL DOMAIN PROVIDING ANONYMITY TO A CLIENT COMMUNICATING ON THE NETWORK | US | 12/31/2012 | 6/24/2014 |
| RE41451 | 11/324117 | Electronic note taking from network web pages | US | 1/3/2006 | 7/20/2010 |
| RE43375 | 11/858878 | SYSTEM AND METHOD FOR COMMUNICATIONS IN A DISTRIBUTED COMPUTING ENVIRONMENT | US | 9/20/2007 | 5/8/2012 |
| D513511 | 29/212796 | Graphical information interface for a display | US | 9/7/2004 | 1/10/2006 |
| JP5143980 | JP2000-609919 | PROTOCOL FOR DEFINING DATA EXCHANGE RULES AND FORMATES FOR UNIVERSAL INTELLECTUAL ASSET DOCUMENTS (AS AMENDED) | JP | 4/10/2000 | 11/30/2012 |

# MUTUAL NONDISCLOSURE AGREEMENT

This MUTUAL NONDISCLOSURE AGREEMENT is made and entered into as of _____, 2020\_ between DataCloud Technologies, LLC, a Georgia company, and _____ _____, a _____.

1. <u>Purpose</u>. The parties wish to explore a business opportunity of mutual interest, and in connection with this opportunity, each party (the "disclosing party") may disclose to the other (the "receiving party") certain confidential technical and business information which the disclosing party desires the receiving party to treat as confidential.

2. "<u>Confidential Information</u>" means any information disclosed by either party to the other party, either directly or indirectly, in writing, orally or by inspection of tangible objects (including without limitation documents, prototypes, samples, plant and equipment), which is designated as "Confidential," "Proprietary" or some similar designation at or prior to the time of disclosure. Confidential Information shall include without limitation technical data, trade secrets and know-how, including, but not limited to, research, product plans, products, services, suppliers, customer lists and customer information, prices and costs, markets, software, developments, inventions, laboratory notebooks, processes, formulas, technology, designs, drawings, engineering, hardware configuration information, marketing, licenses, finances, budgets and other business information. Confidential Information may also include information disclosed to a disclosing party by third parties. Confidential Information shall not, however, include any information which (i) was publicly known and made generally available in the public domain prior to the time of disclosure by the disclosing party; (ii) becomes publicly known and made generally available after disclosure by the disclosing party to the receiving party through no action or inaction of the receiving party in violation of this Agreement; (iii) is already in the possession of the receiving party at the time of disclosure by the disclosing party as shown by the receiving party's files and records immediately prior to the time of disclosure; (iv) is obtained by the receiving party from a third party without a breach of such third party's obligations of confidentiality; or (v) is independently developed by the receiving party without use of or reference to the disclosing party's Confidential Information, as shown by the receiving party's documents or other competent evidence in the receiving party's possession.

3. <u>Non-use and Non-disclosure</u>. Each party agrees not to use any Confidential Information of the other party for any purpose except to evaluate and engage in discussions concerning a potential business relationship between the parties. Each party agrees not to disclose any Confidential Information of the other party to third parties or to such party's employees, except to those employees of the receiving party who are required to have the information in order to evaluate or engage in discussions concerning the contemplated business relationship or to agents of a party retained to participate in licensing discussions between the parties.

4. <u>Maintenance of Confidentiality</u>. Each party shall ensure that its employees who have access to Confidential Information of the other party have signed a non-use and non-disclosure agreement in content substantially similar to the provisions hereof, prior to any disclosure of Confidential Information to such employees. Neither party shall make any copies of the Confidential Information of the other party unless the same are previously approved in writing by the other party. Each party shall reproduce the other party's proprietary rights notices on any such approved copies, in the same manner in which such notices were set forth in or on the original. If any material non-public information is disclosed, the recipient of such information agrees that it will comply with SEC Regulation FD (Fair Disclosure), and refrain from trading in the disclosing party's stock until that material non-public information is publicly disseminated. Notwithstanding anything to the contrary set forth herein, a receiving party shall be permitted to disclose Confidential Information to the extent (and only to the extent) the receiving party is required by law or upon advice of counsel to disclose such Confidential Information, provided that the receiving party gives the disclosing party prompt written notice of such requirement and upon the request of the disclosing party, the receiving party cooperates in good faith and at the expense of the disclosing party in any reasonable and lawful actions which the disclosing party takes to resist such disclosure or limit the information to be disclosed.

5. No Obligation. Nothing herein shall obligate either party to proceed with any transaction between them, and each party reserves the right, in its sole discretion, to terminate the discussions contemplated by this Agreement concerning the business opportunity.

6. No Warranty. ALL CONFIDENTIAL INFORMATION IS PROVIDED "AS IS". EACH PARTY MAKES NO WARRANTIES, EXPRESS, IMPLIED OR OTHERWISE, REGARDING ITS ACCURACY, COMPLETENESS OR PERFORMANCE.

7. Return of Materials. All documents and other tangible objects containing or representing Confidential Information which have been disclosed by either party to the other party, and all copies thereof which are in the possession of the other party, shall be and remain the property of the disclosing party and shall be promptly returned to the disclosing party or destroyed upon the termination of this Agreement or the disclosing party's written request. At the request of the disclosing party, the recipient will furnish a certificate, signed by an officer of the recipient, certifying that any Confidential Information not returned to the disclosing party has been destroyed.

8. No License. Nothing in this Agreement is intended to grant any rights to either party under any intellectual property rights of the other party, nor shall this Agreement grant any party any rights in or to the Confidential Information of the other party except as expressly set forth herein.

9. Term. The obligations of each receiving party hereunder shall survive for a period of five (5) years from the date of disclosure. Notwithstanding the expiration of the term, the obligations of Section 3 shall continue forever and shall terminate only at such time, and then only to the extent, the disclosing party's Confidential Information no longer constitutes Confidential Information.

10. Remedies. Each party agrees that any violation or threatened violation of this Agreement may cause irreparable injury to the other party, entitling the other party to seek injunctive relief in addition to all legal remedies.

11. Export. The parties acknowledge that the export of Confidential Information may be subject to regulations which may prohibit the export of such information to certain foreign countries or the disclosure of such information to certain foreign nationals. The parties, therefore, agree to comply strictly with all applicable export laws, regulations, executive orders and the like.

12. Miscellaneous. This Agreement shall bind and inure to the benefit of the parties hereto and their successors and assigns. This Agreement shall be governed by the laws of the State of Georgia, without reference to conflict of laws principles. This document contains the entire agreement between the parties with respect to the subject matter hereof, and neither party shall have any obligation, express or implied by law, with respect to trade secret or proprietary information of the other party except as set forth herein. Any failure to enforce any provision of this Agreement shall not constitute a waiver thereof or of any other provision. This Agreement may not be amended, nor any obligation waived, except by a writing signed by both parties hereto. This Agreement may be signed in counterparts, and delivered by facsimile, and such facsimile counterparts shall be valid and binding on the parties hereto with the same effect as if original signatures had been exchanged.

**DataCloud Technologies, LLC**                          _____

By: _____                       By: _____

Name: _____                       Name: _____

Title: _____                      Title: _____