# EXHIBIT G

**Webpage Describing Products Offered**





# Application services for any cloud

The F5 portfolio of enterprise-grade application services ensures that apps are fast, available, and secure—across any on-premises or multi-cloud environment.

Contact F5 Sales

## F5 application services

### TRAFFIC OPTIMIZATION  ✕

**Fast, available, and secure**
A blend of software and hardware that's a load balancer *and* a full proxy. It gives you the ability to control the traffic that passes through your network, optimizing performance.

Learn about F5 BIG-IP >

Local Traffic Manager >

DNS Delivery >

Carrier-grade NAT >

Policy Enforcement Manager >

Diameter Traffic Management >

### SECURITY  +

### CLOUD SERVICES  +

### CLOUD SOFTWARE  +



### F5 TECHNOLOGIES

Learn about the leading-edge technologies that are helping our customers deliver applications and data with greater agility, security, availability, performance, and scalability.

Learn more ›

F5 Digital Assistant

1/3

DataCloud Technologies, LLC                                          Page | G-1



## YOUR APPS ACROSS ANY CLOUD

F5 application services integrate with major cloud providers and are available directly through marketplace offerings with variable PAYG or perpetual BYOL consumption options.

  



## INTEGRATED PARTNER SOLUTIONS

At F5, we're working with leading technology partners to enable our customers to securely deploy every app, anywhere in today's multi-cloud world.





## PRODUCT UPDATES

Find out what's new and get the latest updates about F5 products and services.

Get the latest updates ›

## GET STARTED

### Contact F5 Sales

We can assess your needs and connect you with the right cloud provider, reseller partner, or a F5 Sales Engineer.

Contact F5 now

### Start a trial

Experience F5 in action by testing our products in your pre-production environment.

Start a trial

### Find a reseller

We're dedicated to building partnerships that drive your business forward.

Find Now

## YOUR APPS—FAST, AVAILABLE AND SECURE— IN ANY CLOUD

F5 powers applications from development through their entire life cycle so our customers can deliver differentiated, high-performing, and secure digital experiences.

**HAVE A QUESTION?** | Support and Sales ›    **FOLLOW US**    F5 Digital Assistant

2/3

DataCloud Technologies, LLC                                    Page | G-2



source: https://www.f5.com/products (captured May 31, 2020)



3/3

DataCloud Technologies, LLC                                    Page | G-3