# EXHIBIT H

**Webpage Describing Support for Products**



Services

# Support

## Committed to Your Success

Learn about F5's industry-leading support.

[Access support]

### GLOBAL REACH. LOCAL TOUCH.

F5 Network Support Centers are strategically located for partners and customers in APAC, Japan, EMEA, and North America. Regionally located support centers enable F5 to provide support in a number of languages through native-speaking support engineers who are available when you are.

ISO 9001:2015 Certified

Explore F5 Self-Solve Options ›

### Standard and Premium Support

F5 Standard and Premium support includes remote assistance from F5 Network Support Engineers both online and over the phone. You also get proactive support for planned maintenance, advance RMA replacement, software upgrades, and help with F5 iRules scripts.

[Learn more]

### Service Provider Essentials

The F5 Service Provider Essentials technical services program (SPE) offers a specialized level of service designed for, and exclusively available to, our service provider customers in almost every country.

[Learn more]

### Premium Plus Support

As a Premium Plus customer, you receive priority status at F5, with fast, easy access to a dedicated team of senior-level, F5-certified Network Support Engineers and a Service Delivery Manager. Your Premium Plus team will also work with you to create an IT environment that addresses your business goals.

[Learn more]

### Expedited RMA Services

Expedited Return Materials Authorization (RMA) Services include options for Next Business Day delivery, 4-Hour delivery, and technician installation. Customers with Standard or Premium support levels can upgrade to Expedited RMA Services.

[Learn more]







## ASKF5 KNOWLEDGE BASE

Get fast, validated self-service support from the AskF5 Knowledge Base. AskF5 houses product guides, release notes, solutions to known issues, how-to and hotfix information, downloads, and more. You can also sign up to receive security email alerts and product-specific RSS feeds.

Get answers ›



## ACCESS F5 SUPPORT

The F5 WebSupport Portal provides you with fast flexible access to F5 Network Support Centers. Quickly create new support cases, receive an automated case number, read case details and updates, upload troubleshooting attachments, and more. Online help is always available.

North America: 1-888-882-7535
Outside North America: +800 11 ASK 4 F5 (800 11275 435)

Additional regional phone options available. Learn about working with F5 Support.

Access support

## GET STARTED

### F5 Web Support Portal

Create a new support case, review case details and updates, upload troubleshooting attachments, and get answers you need.

Open a Support Case

### Try F5 Today

Create an F5 lab on your laptop, test out new solutions, and streamline development.

Go to Product Trials

### Contact support

North America:
1-888-882-7535

Outside North America:
+800 11 ASK 4 F5 (800 11275 435)

Local Support Numbers

## YOUR APPS—FAST, AVAILABLE AND SECURE— IN ANY CLOUD

F5 Digital Assistant



source: https://www.f5.com/services/support (captured May 31, 2020)

