UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>F5 NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 20-CV-872<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DATACLOUD TECHNOLOGIES, LLC, a private non-governmental limited liability company, certifies that the following are corporate parents, affiliates, and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

　　Brainbox Innovations, LLC.

//

//

//

//

CORPORATE DISCLOSURE
20-cv-872-1

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206-436-0900

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | DATED this 16th day of June, 2020. |

                                        By: s/ *Philip P. Mann*
Philip P. Mann, WSBA No. 28860
**MANN LAW GROUP PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

**Attorneys for Plaintiff** *DataCloud Technologies, LLC*

*Of Counsel*
James F. McDonough, III
(Bar No. 117088, GA)
Jonathan R. Miller (Bar No. 507179, GA)
Travis E. Lynch (Bar No. 162373, GA)
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0863, -0867
Facsimile: (205) 547-5502, -5506, -5515
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

---

CORPORATE DISCLOSURE
20-cv-872-2

MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206-436-0900

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: June 16, 2020            /s/ *Philip P. Mann*

CORPORATE DISCLOSURE
20-cv-872-3

MANN LAW GROUP PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206-436-0900